# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

JOSEPH M. WYATT,

      Plaintiff,                                         CASE 5:23-cv-00303

v.

A & B SALES, INC. d/b/a DLRMKT A B KIA,
CAPITAL ONE AUTO FINANCE, INC.,
FLAGSHIP CREDIT ACCEPTANCE LLC,
REGIONAL ACCEPTANCE CORPORATION,
ALLY FINANCIAL INC., EXETER FINANCE LLC,
AMERICREDIT FINANCIAL SERVICES, INC.,
GLOBAL LENDING SERVICES LLC,
SANTANDER CONSUMER USA INC.,
EXPERIAN INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES,
LLC, and TRANS UNION, LLC

      Defendants.

## FINAL DISMISSAL ORDER

      This day came the Plaintiff, Defendant A & B Sales, Inc., and Defendant Global Lending Services, LLC, all by counsel, who advised that the only claims that remain pending before this Court are the claims of Plaintiff against Defendants A & B Sales, Inc. and Global Lending Services, LLC, and the cross claim of Defendant Global Lending Services, LLC against Defendant A & B Sales, Inc.

      Plaintiff, Defendant A & B Sales, Inc., and Defendant Global Lending Services, LLC then informed the Court that all matters in controversy and claims between them have been resolved and who, therefore, jointly moved the Court to dismiss all claims asserted or which could have been asserted between these parties, with prejudice. Upon due consideration and hearing no objection, the Court does hereby **GRANT** said Motion and does hereby **ORDER** that all claims

asserted, or which could have been asserted, by and between the parties are hereby **DISMISSED WITH PREJUDICE.**

Further, so as to achieve finality and dismissal of this case from the Court's docket, Plaintiff then informed the Court that it hereby releases and dismisses all rights and claims, appellate or otherwise, he may have herein against those that have been previously dismissed via dispositive motion and moves the Court to dismiss said rights and claims with prejudice. Upon due consideration and hearing no objection, the Court does hereby **GRANT** said Motion and does hereby **ORDER** that all Plaintiff's rights and claims, appellate or otherwise, he may have against those that have been previously dismissed via dispositive motion are hereby **DISMISSED WITH PREJUDICE**

Each party is responsible for their own fees, costs, and expenses except as otherwise provided in the parties' respective settlement agreements. It is further **ORDERED** that the clerk shall remove this case from the active docket of the Court.

_____
Judge

9-11-2024
_____
Entered

Agreed to by:

/s/    Jason Causey, Esq.
Bordas & Bordas
**Counsel for Plaintiff**

/s/    Joseph Craycraft, Esq.
Swartz Campbell
**Counsel for Defendant A&B Sales, Inc.**

/s/    Courtney Robinson, Esq.
Holland and Knight
**Counsel for Defendant Global Lending Solutions, LLC**